UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LUIS A. MACHADO, | ) | CASE NO. 19-10019 |
|         Debtor. | ) | |
| _____ | ) | |

## RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

**COMES NOW** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Creditor") a creditor in the above-captioned case, by and through counsel, and hereby responds to the Debtor's Objection To Proof Of Claim, filed on August 4, 2020 (Doc. No. 59):

1. On March 4, 2019, Creditor's predecessor in interest filed a Proof of Claim docketed as Claim No. 2-1 ("Claim"), in the total amount of $25,619.71 with pre-petition arrears in the amount of $1,581.97.

2. On or about August 4, 2020, the Debtor filed the Objection To Proof Of (Doc. No. 59) ("Objection"). The Objection alleges that the security interest is not perfected.

3. Creditor denies the allegations in the Objection.

**WHEREFORE**, Creditor respectfully requests that the Court:

1. Grant Creditor an opportunity to be heard on the matter of the Objection;

2. Overrule the Objection; and

3. For other such relief as the Court deems just and proper.

This, the 17th day of August, 2020.

                                                      /s/ Christopher T. Peck
                                                     Christopher T. Peck, Maryland Bar No. 19622
                                                     McMichael Taylor Gray, LLC
                                                     3550 Engineering Drive, Suite 260
                                                     Peachtree Corners, GA 30092
                                                     (404) 474-7149
                                                     cpeck@mtglaw.com

                                                     ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| James R. Logan | jamesrloganpa@gmail.com |
| Rebecca A. Herr | ecf@ch13md.com |

I hereby further certify that on August 17, 2020, a copy of the foregoing RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM was mailed first class, postage prepaid to the parties whose names and addresses are listed below:

Luis A. Machado
228 S East Ave
Baltimore, MD 21224-2205


/s/ Christopher T. Peck
Christopher T. Peck